No. A–891. ROBERTS v. UNITED STATES. C. A. 9th Cir. Application for an extension of time in which to file a petition for writ of certiorari, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted and time to file such petition extended to and including May 30, 1978.

No. 73, Orig. CALIFORNIA v. NEVADA. Motion of California State Assemblyman Mike Cullen for leave to file a brief as *amicus curiae;* motion of Nevada for leave to file amended answer setting forth counterclaim; and motion of California for leave to file amended complaint, referred to Special Master. [For earlier order herein, see 433 U. S. 918.]

No. 77–5992. ADDINGTON v. TEXAS. Sup. Ct. Tex. [Probable jurisdiction noted, 435 U. S. 967.] Motion of appellant for appointment of counsel granted, and it is ordered that Martha L. Boston, of Austin, Tex., be appointed to serve as counsel for appellant in this case.

No. 77–6657. CONRAD v. FIRST STATE BANK & TRUST CO. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–1134. MONTANA ET AL. v. UNITED STATES. Appeal from D. C. Mont. Probable jurisdiction noted.

No. 77–1258. MINNESOTA v. FIRST OF OMAHA SERVICE CORP. ET AL.; and

No. 77–1265. MARQUETTE NATIONAL BANK OF MINNEAPOLIS v. FIRST OF OMAHA SERVICE CORP. ET AL. Sup. Ct. Minn. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. In addition to the questions presented by the petitions, the parties are directed to brief and argue jurisdictional issue as to whether the petitions were timely filed.